FLORENCE POPKIN, Respondent, v. MATTHEW VIERENGEL, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the October, 1926, term (for which term the case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.   Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN SCHULTE, Appellant.— Motion to dismiss appeal granted.   Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ. .

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BENNY SABATINO, Appellant, v. LEWIS E. LAWES, as Warden of Sing Sing Prison, Respondent.— Motion to direct warden of prison to produce appellant on argument of appeal denied. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

FRANK H. RICHMOND, Appellant, v. JAMES LEIGH RICHMOND, Defendant, Impleaded with WILLIAM B. RICHMOND, etc.— Motion to dismiss appeal granted, with ten dollars costs; appellant to have ten days from the entry of the order hereon to serve amended complaint as required by the order appealed from. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

RITA ROSE, Appellant, v. JAMES MONTGOMERY, Respondent.— Motion for leave to appeal to the Court of Appeals denied.   Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

RUDOLPH FEUEREISEN REALTY CORPORATION, Respondent, v. CHARLES BRANDT, JR., as Administrator, etc., Defendant.   LEO FEUEREISEN and Others, Appellants, and Others, Defendants.— Motion to amend order granted to the extent of providing that respondent recover costs against defendants Leo Feuereisen, Jeanette Kurinsky and Yetta Feuereisen only.   Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.   Settle order on notice.

GEORGE W. SHEARER and THOMAS F. O'LOUGHLIN, Appellants, v. WALLKILL COUNCIL No. 92, JR. O. U. A. M., Inc., and Others, Respondents.— Motion for reargument granted.   Case added to present calendar, to be argued when reached.   Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ. [See ante, p. 745.]

IRVING STEINBERG, Respondent, v. PHILIP R. LEVINE, Appellant.— Motion to vacate order dismissing appeal denied.   Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

FLORENCE TENZER, Appellant; v. THEODORE H. TENZER, Respondent.— Motion for stay denied.   Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

THOMAS W. WOOD'S SONS, INC., Respondent, v. AUGUSTA MESSENGER and Others, Appellants.— Motion to dismiss appeal granted.   Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

FREDERICK C. VANDERPOOL, Respondent, v. SAMUEL GOLDBERG, Appellant.— Motion to dismiss appeal granted.   Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

ABRAHAM R. ZALDIN, Appellant, v. HOME FIRE AND MARINE INSURANCE COMPANY, Respondent.— Motion to dismiss appeal granted.   Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

ALVIN C. CASS, Respondent, v. CHARLES L. APFEL, Appellant.   SADIE L. APFEL, Defendant.— Order granting plaintiff's motion to strike out certain paragraphs

of appellant's answer affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

ALVIN C. CASS, Respondent, v. CHARLES L. APFEL, Appellant. SADIE L. APFEL, Defendant.— Orders appointing referee and denying appellant's motion to vacate and set aside the order appointing referee affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

CITY OF LONG BEACH, Appellant, v. LONG BEACH WATER COMPANY and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

CHARLES PREISER, Respondent, v. LOUISE R. PAPE, Appellant, and Others, Defendants.— Judgment modified by deducting from the amount of plaintiff's lien the sum of ninety-two dollars and fifty cents, with interest thereon from May 23, 1923, to November 11, 1925, the date upon which the findings were signed. As so modified, the judgment is unanimously affirmed, without costs. The item of ninety-two dollars and fifty cents represents materials furnished after the lien was filed, and it was, therefore, error to include it in the amount adjudged to be a lien on the property. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE CITY OF NEW YORK, Respondent, v. JOHN W. BIRDSALL and Others, as Assessors of the Town of Yorktown, County of Westchester, etc., Appellants. (Taxes of 1915.) — Final order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

MARY ALTON SIGARETA, Respondent, v. JOSEPH SIGARETA, etc., Appellant.— Order awarding plaintiff alimony and counsel fee affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

SYLVIA VAN RYN, Respondent, v. CENTRAL HUDSON STEAMBOAT COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY POLIZZI, Appellant.— Motion to dismiss appeal granted and stay vacated on the ground that the order is not appealable. (See *People* v. *Brindell*, 194 App. Div. 776.) Present — Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ.

DANIEL L. BAKER, Respondent, v. KRENTZMAN KNITTING MILLS, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

ARMIN BENCOE, Respondent, v. ROBERT E. MCDONNELL and Others, Copartners, etc., Appellants.— Order denying defendants' motion for a construction of the interlocutory decree entered herein, so as to provide that the referee shall determine the issue of account stated, reversed upon the law and the facts, with ten dollars costs and disbursements, and defendants' said motion granted, with ten dollars costs. This court is of opinion that under the interlocutory decree all the issues raised by the pleadings, including the defense of account stated, are before the referee to hear and report upon, with his opinion. The court is also of opinion that defendants did not waive the defense of account stated by the stipulation made herein. Kelly, P. J., Rich, Jaycox and Manning, JJ., concur;